IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.: **17-cr-0034 PX** |
| **JACOB DENTU** | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO CONTINUE
## VIOLATION OF SUPERVISED RELEASE HEARING

The Defendant, Jacob Dentu, by and through his attorneys, Nicholas G. Madiou, Esq., and Brennan, McKenna & Lawlor, Chtd., respectfully requests that this Honorable Court continue the current Violation of Supervised Release Hearing scheduled in this case. In support of this motion, counsel states the following.

1. Mr. Dentu is currently scheduled to appear before this Honorable Court for a violation of supervised release hearing on Wednesday, July 19, 2023 at 3:00 p.m. Undersigned counsel seeks to continue the violation of supervised release hearing for the following reasons.

2. Undersigned counsel is scheduled to appear for a two-week murder trial in the Prince George's County Circuit Court in the matter of *State of Maryland v. Fabien Tinsley – case no: CT210412D* beginning Monday, July 17, 2023 at 9:00a.m

1

3. Undersigned counsel is authorized to state that the United States, through Assistant United States Attorney Timothy Hagan, Esq., <u>consents</u> to this continuance request.

4. For these reasons, undersigned counsel respectfully asks this Court to continue the violation of supervised release hearing presently set in this case on Wednesday, July 19, 2023 to a date that is convenient to the Court and all parties.

Respectfully submitted,

/s/
_____
Nicholas G. Madiou, Esq.
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, July 14, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

/s/
_____
Nicholas G. Madiou, Esq.